WR-84,028-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/21/2015 2:00:43 PM
Accepted 10/21/2015 2:14:10 PM
ABEL ACOSTA
CLERK

No. W-08-00678-A

|  |  |  |
|---|---|---|
| EX PARTE | § | IN THE COURT OF |
|  | § | CRIMINAL APPEALS |
| WALTER DAVIS | § | OF TEXAS |

RECEIVED
COURT OF CRIMINAL APPEALS
10/21/2015
ABEL ACOSTA, CLERK

## MOTION TO REMAND FOR EVIDENTIARY HEARING

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, WALTER DAVIS, Petitioner, and makes the following request for relief:

1.

This is a postconviction habeas corpus petition. Petitioner was convicted of the offense of burglary of a habitation with intent to commit a felony and punishment was assessed at 40 years imprisonment in cause no. F08-00678-U, pending in the 291st District Court of Dallas County, the Hon. Susan Hawk, then-judge, presiding.

Petitioner originally filed his application pro-se, but later retained the undersigned counsel. The parties had been discussing a suitable date for a hearing on this application and had tentatively set a date of November 3, 2015. Unbeknownst to counsel, the clerk of the trial court on or about October 13, 2015 sent the file to this Court.

The parties intended to conduct an evidentiary hearing in this case before a special master and intended that findings of fact and conclusions of law be prepared. No party instructed or asked the trial court to send the file to this Court before those events occurred. Therefore, Petitioner prays that the Court remand the case to the trial court so that an evidentiary hearing may be held and that the case proceed from there according to TEX. CODE CRIM. PROC. art 11.07.

WHEREFORE, Petitioner prays that his motion be in all respects granted.

Respectfully submitted,


/s/ John D. Nation
John D. Nation
State Bar No. 14819700
4925 Greenville Ave., Suite 200
Dallas, Texas 75206
214-800-5160
214-800-5161 (facsimile)
nationlawfirm@gmail.com

Faith S. Johnson
State Bar No. 18367550
5201 N. O'Connor Blvd., Suite 500
Irving, Texas 75039
972-401-3100
972-401-3105 (fax)
fjassociates@att.net

Lisa Fox
State Bar No. 07334950
6565 N. McArthur Blvd., Suite 225
Irving, Texas 75039
214-432-1095
972-401-3105 (fax)

Attorneys for Petitioner

## CERTIFICATE OF SERVICE

This is to certify that I have served a true copy of this motion on Hon. Christine Womble, Assistant District Attorney, Dallas County, Frank Crowley Courts Bldg., 133 N. Riverfront, Dallas, Texas 75208, via the electronic filing system on this 21st day of October 2015.

/s/ John D. Nation
John D. Nation